IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | | |
|---|---|---|
| **ANTHONY WILLIAM MILLER, #56421** § | | **PETITIONER** |
| § | | |
| **VERSUS** § | **CIVIL ACTION NO. 2:02cv61-DMR-RHW** | |
| § | | |
| **DOLAN WALLER and** § | | |
| **MIKE MOORE** § | | **RESPONDENTS** |

## ORDER FOR COMPLIANCE WITH FORM 4 OF THE
## FEDERAL RULES OF APPELLATE PROCEDURE

BEFORE THE COURT is the Notice of Appeal [Doc No. 63], the Motion for Certificate of Appealability [Doc. No. 64], and the Motion for Leave to Appeal *in forma pauperis* [Doc. No. 66], of the Petitioner, Anthony William Miller, #56421, all having been filed on April 14, 2006.

Upon consideration of the Notice of Appeal to the United States Court of Appeals for the Fifth Circuit, the Court finds that the petitioner failed to complete the appropriate application to proceed *in forma pauperis* or pay the required appeal fee. Accordingly, it is hereby

**ORDERED**:

1. That within twenty (20) days of the date of this order, petitioner shall file a completed application for leave to proceed *in forma pauperis* on appeal (form attached) or pay the required appeal filing fee of $455.00, applicable to said motion, as it was filed after the April 9, 2006, filing fee change.

2. The Clerk shall mail the attached *in forma pauperis* application to the petitioner at his last known address.

Failure to advise this court of a change of address or failure to comply with any order of this court will be deemed as a purposeful delay and contumacious act by the

petitioner and may result in the denial of *in forma pauperis* status.

The Court would also note for the Petitioner that all filings in this cause should be made at the U. S. Clerk's Office at 701 Main Street, Suite 200 Hattiesburg, MS 39401.

**SO ORDERED** this the <u>26th</u> day of May, 2006.

<u>**S/ DAN M. RUSSELL, JR.**</u>
**UNITED STATES DISTRICT JUDGE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANTHONY WILLIAM MILLER, #56421** § | | **PETITIONER** |
| § | | |
| **VERSUS** § | | **CIVIL ACTION NO. 2:02cv61-DMR-RHW** |
| § | | |
| **DOLAN WALLER and** § | | |
| **MIKE MOORE** § | | **RESPONDENTS** |

## MOTION TO PROCEED *IN FORMA PAUPERIS*

I, _____, declare that I am the plaintiff in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint.

Signed:_____         Date:_____

-----------------------------------------------------------------------------------------------------------
**Affidavit Accompanying Motion for Permission to Proceed In Forma Pauperis**

> **INSTRUCTIONS**
> **Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a questions is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with you name, your case's docket number, and the question number.**

## AFFIDAVIT IN SUPPORT OF MOTION

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. §1746; 18 U.S.C. §1621)

Signed:_____
Date:_____

My issues on appeal are:
_____
_____

_____
_____

_____
_____

-1-

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.  Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source: | Average monthly amount during the past 12 months | Amount expected next month |
|---|---|---|
| | You | You |
| Employment | $_____ | $_____ |
| Self-employment | $_____ | $_____ |
| Income from real property such as rental income) | $_____ | $_____ |
| Interest and dividends | $_____ | $_____ |
| Gifts | $_____ | $_____ |
| Alimony | $_____ | $_____ |
| Child support | $_____ | $_____ |
| Retirement (such as social security pensions, annuities, insurance) | $_____ | $_____ |
| Disability (such as social security insurance payments) | $_____ | $_____ |
| Unemployment payments | $_____ | $_____ |
| Public-assistance (such as welfare) | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ |
| Total monthly income: | $_____ | $_____ |

2.  List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| EMPLOYER | ADDRESS | DATES OF EMPLOYMENT | GROSS MONTHLY PAY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| EMPLOYER | ADDRESS | DATES OF EMPLOYMENT | GROSS MONTHLY PAY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

-2-

4. How much cash do you and your spouse have? $_____
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| FINANCIAL INSTITUTION | TYPE OF ACCOUNT | AMOUNT YOU HAVE | AMOUNT YOUR SPOUSE HAS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| HOME            (VALUE) | OTHER REAL ESTATE   (VALUE) | OTHER ASSETS          (VALUE) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

MOTOR VEHICLE # 1        VALUE: _____        MAKE & YEAR: _____
                                                              MODEL: _____
                                                              REGISTRATION #: _____

MOTOR VEHICLE # 2        VALUE: _____        MAKE & YEAR: _____
                                                              MODEL: _____
                                                              REGISTRATION #: _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| PERSON OWING YOU OR YOUR SPOUSE MONEY | AMOUNT OWED TO YOU | AMOUNT OWED TO YOUR SPOUSE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

-3-

7. State the persons who rely on you or your spouse for support.

| NAME | RELATIONSHIP | AGE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $_____ | $_____ |
| Are real-estate taxes included?   [ ] Yes [ ] No | | |
| Is property insurance included?   [ ] Yes [ ] No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |
| Food | $_____ | $_____ |
| Clothing | $_____ | $_____ |
| Laundry and dry-cleaning | $_____ | $_____ |
| Medical and dental expenses | $_____ | $_____ |
| Transportation (not including motor vehicle payments) | $_____ | $_____ |
| Recreation, entertainment, newspapers, magazines, etc. | $_____ | $_____ |
| Insurance (not deducted from wages or included in Mortgage payments) | $_____ | $_____ |
|   Homeowner's or renter's | $_____ | $_____ |
|   Life | $_____ | $_____ |

|  |  |  |
|---|---|---|
| Health | $_____ | $_____ |
| Motor Vehicle | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): _____ | $_____ | $_____ |
| Installment payments | $_____ | $_____ |
| Motor Vehicle | $_____ | $_____ |
| Credit card (name): _____ | $_____ | $_____ |
| Department store (name): _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |

-4-

|  |  |  |
|---|---|---|
| Alimony, maintenance, and support paid to others | $_____ | $_____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) |  |  |
| Other (specify): _____ | $_____ | $_____ |
| Total monthly expenses: | $_____ | $_____ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   [ ] Yes [ ] No If yes, describe on an attached sheet.

10. Have you paid--or will you be paying--an attorney any money for services in connection with this case, including the completion of this form? [ ]Yes   [ ] No

    If yes, how much? $_____
    If yes, state the attorney's name, address, and telephone number:
    _____
    _____
    _____

11. Have you paid--or will you be paying--anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
    [ ] Yes [ ] No

    If yes, how much? $_____
    If yes, state the person's name, address, and telephone number:
    _____
    _____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

-5-

13. State the address of your legal residence.
_____
_____

Your daytime phone number: ___ _____

Your age: _____ Your years of schooling: _____

Your social-security number: _____

Signed under penalty of perjury: _____

Date: _____

**RETURN COMPLETED FORM TO:**
**U. S. DISTRICT CLERK**
701 Main St., Suite 200
**HATTIESBURG, MS 39401**

**Anthony William Miller, #56421, 2:02-cv-61 DMR-RHW**

-6-

g:\wp51\forms\form4.app

----------MUST BE COMPLETED BY PLAINTIFF/PETITIONER---------
Authorization for Release of Institutional Account Information and
Payment of the Appeal Filing Fee

I, _____, _____
   (Name of Plaintiff)                              (Prisoner Number)

authorize the Clerk of Court to obtain, from the agency having custody of my person, information about my institutional account, including balances, deposits and withdrawals.  The Clerk of Court may obtain my account information from the past six months and in the future, until the appeal filing fee is paid.  I also authorize the agency having custody of my person to withdraw funds from my account and forward payments to the Clerk of Court, in accord with 28 U.S.C. Section 1915.

_____
(Signature of Plaintiff)

_____
(Date)

> IT IS PLAINTIFF'S RESPONSIBILITY TO HAVE THE APPROPRIATE PRISON
> OFFICIAL COMPLETE AND CERTIFY THE CERTIFICATE BELOW

CERTIFICATE TO BE COMPLETED BY AUTHORIZED OFFICER
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:
_____.

I further certify that during the last six (6) months the
    plaintiff's average monthly **balance** was $_____.

I further certify that during the last six (6) months the
    plaintiff's average monthly **deposit** was $_____.

_____          _____
TELEPHONE NUMBER                AUTHORIZED OFFICER OF
OF OFFICER FOR VERIFICATION     INSTITUTION


                                _____
_____          PRINT NAME OF AUTHORIZED
DATE                            OFFICER

**RETURN COMPLETED FORM TO:**
    **U. S. DISTRICT CLERK, 701 Main  Street, Suite 200, Hattiesburg, MS 39401___
    Anthony William Miller, #56421, 2:02-cv-61 DMR-RHW**

-7-

g:\wp51\forms\form4.app